1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

APR 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7      UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA
9
10 | UNITED STATES OF AMERICA,      ) Case No.: ED CR 98-39-RT
11 |                    Plaintiff,  )
12 |           v.                   ) ORDER OF DETENTION
13 | CHRISTOPHER CROSS              ) (FED. R. CRIM. P. 32.1(a)(6); 18
14 |                    Defendant.  ) U.S.C. § 3143(a))

15
16   The defendant having been arrested in this District pursuant to a warrant
17 issued by the United States District Court for the __Central__
18 District of __California__ for alleged violation(s) of the terms and
19 conditions of probation or supervised release; and
20   Having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
22 A.    (✓)   The defendant has not met his/her burden of establishing by clear and
23             convincing evidence that he/she is not likely to flee if released under
24             18 U.S.C. § 3142(b) or (c). This finding is based on the following:
25             • UNEMPLOYED / INSUFFICIENT BAIL RESOURCES
               • LACK OF SURETY
26             • NONCOMPLIANCE WITH PROBATION TERMS
27             • SUBSTANCE ABUSE
28             • MENTAL HEALTH ISSUES / FAILURE TO SELF-MEDICATE

1

1 and/or

2 B.   (✓)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:
6         • MENTAL HEALTH ISSUES / FAILURE TO SELF MEDICATE
7         • STATEMENTS RE: INTENTION TO ROB BANK (VOICES)
8         • STATEMENTS RE: INTENTION TO HARM SELF

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 4/19/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2